1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                        UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 | FLORA PHILLIPS,                          | Federal Case No.: 5:15-CV-03661-EJD
13 |         Plaintiff,                       |
14 |     vs.                                  | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WILSHIRE CREDIT CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**
15 | EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., |
16 |         Defendants.                      |

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Flora Phillips, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wilshire Credit Corporation as to all

21 claims in this action.

22     Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23     41(a) Voluntary Dismissal

24     (1) By the Plaintiff

25         (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26             applicable federal statute, the plaintiff may dismiss an action without a court

27             order by filing:

28             (1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Wilshire Credit Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: October 26, 2015                                       Sagaria Law, P.C.

By: */s/ Elliot W. Gale*
        Elliot W. Gale
Attorneys for Plaintiff
Flora Phillips

Because no defendants remain in this action, all pending matters are TERMINATED and the Clerk shall close this file.

IT IS SO ORDERED

Judge Edward J. Davila

11/3/2015